No. 86–1650.   TRANS WORLD AIRLINES, INC. *v.* INDEPENDENT FEDERATION OF FLIGHT ATTENDANTS.   C. A. 8th Cir.   [Certiorari granted, 482 U. S. 913.]   Motions of Crossover Flight Attendants and Some Working TWA Flight Attendants for leave to file briefs as *amici curiae* granted.

No. 86–6284.   SATTERWHITE *v.* TEXAS.   Ct. Crim. App. Tex. [Certiorari granted, 482 U. S. 905.]   Motion of petitioner for divided argument to permit *amicus curiae* NAACP Legal Defense and Educational Fund, Inc., to present oral argument denied.   Motion of Coalition for the Fundamental Rights and Equality of Ex-Patients for leave to file a brief as *amicus curiae* out of time denied.

No. 86–6867.   LOWENFIELD *v.* PHELPS, SECRETARY, LOUISIANA DEPARTMENT OF CORRECTIONS, ET AL.   C. A. 5th Cir. [Certiorari granted, *ante*, p. 1005.]   Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument denied.

No. 87–5491 (A–234).   McCORQUODALE *v.* KEMP, WARDEN. C. A. 11th Cir.   Application for stay of execution of sentence of death, presented to JUSTICE O'CONNOR, and by her referred to the Court, denied.   Certiorari denied.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant the application for stay of execution and the petition for writ of certiorari and would vacate the death sentence in this case.